UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN W. JONES,

    Plaintiff,

v.

WARDEN DANIEL PARAMO, et al.,

    Defendants.

Case No. 17-cv-06765-HSG (PR)

**ORDER OF TRANSFER**

Plaintiff, a California inmate incarcerated at the California Medical Facility, has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983 and Title II of the Americans with Disabilities Act of 1990, 42 U.S.C.§ 12101 *et seq.* (ADA). The alleged violations took place while plaintiff was incarcerated at the Richard J. Donovan Correctional Facility ("RJD"). RJD is located in San Diego County, within the venue of the Southern District of California. *See* 28 U.S.C. § 84(d). No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District. Venue therefore is proper in the Southern District, and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, in the interests of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Southern District of California. The Clerk of the Court is directed to transfer the case forthwith. In view of the transfer, the Court will not rule upon plaintiff's request for leave to proceed in forma pauperis or motion for appointment of counsel.

**IT IS SO ORDERED.**

Dated: 12/5/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge